**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHRISTOPHER LEE GRAY** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00193-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

# ORDER

Before the Court is the Recommended Disposition submitted by Chief United States Magistrate Judge Jerome T. Kearney (Dkt. No. 14). No party has filed objections to the Recommended Disposition, and the time to do so has passed. After careful consideration, the Court adopts the Recommended Disposition as this Court's finding in all respects. The Commissioner's decision is reversed, and this case is remanded for further administrative review pursuant to "sentence four" within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Judgment will be entered accordingly.

It is so ordered this 21st day of September, 2026.

Kristine G. Baker
Chief United States District Judge