**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHRISTOPHER LEE GRAY** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00193-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

# JUDGMENT

Pursuant to the Order entered on this date by the Court, it is hereby considered, ordered, and adjudged that the Commissioner's decision is reversed, and this case is remanded for further administrative review pursuant to "sentence four" within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

It is so adjudged this 21st day of September, 2026.

Kristine G. Baker
Chief United States District Judge